UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CLARK ALEXANDER, | Case No. 23-11135 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| COMMUNITY FINANCIAL CREDIT UNION, | Anthony P. Patti<br>United States Magistrate Judge |
| Defendant.<br>_____/ | |

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S OCTOBER 31, 2024,
REPORT AND RECOMMENDATION (ECF No. 11)**

Currently before the court is Magistrate Judge Anthony P. Patti's October 31, 2024 Report and Recommendation. (ECF No. 11). Magistrate Judge Patti recommends dismissing Plaintiff's claims against Defendant without prejudice for failure to comply with the court's orders or to timely serve the summons and complaint, despite warnings that failure to do so would result in dismissal. *Id*. The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012)

1

(citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).  The court nevertheless agrees with the Magistrate Judge's recommended disposition.  Therefore, the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 11) and **DISMISSES** the complaint without prejudice.  This is a final order and closes the case.

    **SO ORDERED**.

Date: December 4, 2024　　　　　　　　　　　　　s/F. Kay Behm
　　　　　　　　　　　　　　　　　　　　　　　　F. Kay Behm
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge